# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | **No. 25-80** |
| v. | : | |
| | : | |
| **TAHIR HIGHTOWER** | : | |
| | : | |

## ORDER

**AND NOW,** this **25th** day of **June 2025**, upon consideration of the Defendant's Motion to Dismiss the Indictment (ECF No. 16), the Government's Response in Opposition thereto (ECF No. 20), and the Defendant's Reply (ECF No. 24), and for the reasons contained in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Defendant's Motion (ECF No. 16) is **DENIED**.

BY THE COURT:

*/s/ Chad F. Kenney*

_____
**CHAD F. KENNEY, JUDGE**